1  LAW OFFICES OF ELAINE W. WALLACE
   ELAINE W. WALLACE, SBN 78481
2  LEROY F. VADNEY, SBN 44670
   ATTORNEY AT LAW
3  2430 Palmetto Street, Suite 2
   Oakland, CA 94602-2923
4  telephone: 510-530-9616
   fax: 510-482-9285
5
   Attorneys For Plaintiff
6  RONALD L. PORTER

7

8

9              UNITED STATES DISTRICT COURT

10            EASTERN DISTRICT OF CALIFORNIA

11
    RONALD L. PORTER,          )      No. 1: 03-cv-06291 AWI-SMS
12                             )
                   Plaintiff,  )      Stipulation and Order
13                             )
          v.                   )      SCHEDULING CONFERENCE HEARING
14                             )      Date: March 19, 2007
    GORDON R. ENGLAND,         )      Time: 9:30a.m.
15  Secretary of Department    )      Before: Judge Snyder
    of the Navy,               )
16                             )      Vacate: OSC Hearing 2/12/07 before
                   Defendant.  )      Judge Ishii
17  _____)

18

19        The parties hereby stipulate the  Order setting the Order to Show Cause Re:

20  Failure to Prosecute is vacated and the case is scheduled for a Scheduling Conference

21  on 19 March 2007 at 9:30 a.m. before Magistrate Judge Sandra M. Snyder in

22  Courtroom 7, with Plaintiff being permitted to appear by telephone.  Plaintiff is to call

23  the court at (559) 499-5690 five minutes before the conference.

24

25  Dated: January 29, 2007          /s/Elaine W. Wallace
                                     _____
26                                   Elaine W. Wallace
                                     Attorney for Plaintiff, Ronald L. Porter

27

28

**Stip and Order**                                    *Porter v. England, Secretary of the Navy,*
                                                       **CIV. F 03 6291 AWI-SMS**

1   Dated: January 29, 2007                  /s/Brian W. Enos

2                                            Brian W. Enos
                                             Attorney for Defendant, Secretary of Navy

3   IT IS SO ORDERED.

4   **Dated:   January 31, 2007**           **/s/ Sandra M. Snyder**

5   icido3                                   UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Stip and Order**                          *Porter v. England, Secretary of the Navy*

                                            Pg. 2          **CIV. F 03 6291 AWI-SMS**