```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  BRIAN W. ENOS
    Assistant United States Attorney
 3  2500 Tulare St., Suite 4401
    Fresno, California 93720
 4  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
 5
    Attorneys for defendant Gordon England,
 6  Secretary of the Navy
 7
 8
                   UNITED STATES DISTRICT COURT
 9
                   EASTERN DISTRICT OF CALIFORNIA
10
11  RONALD L. PORTER,           )   1:03-cv-06291 AWI/SMS
                                )
12              Plaintiff,      )   STIPULATION AND
                                )   ORDER EXTENDING BRIEFING
13                              )   SCHEDULE
           v.                   )
14                              )
    GORDON R. ENGLAND,          )
15  Secretary of Department     )
    of the Navy,                )
16                              )
                Defendant.      )
17  _____)
```

Plaintiff Ronald L. Porter ("plaintiff") and defendant Gordon R. England ("Navy"), by and through the undersigned counsel, hereby stipulate to the following extended briefing schedule as specified below and respectfully request that the Court so approve.

On May 1, 2007, the parties attended a status conference regarding this case before Hon. Sandra M. Snyder. Within this status conference, the undersigned trial counsel for the Navy advised the court that it intended to file a Rule 12 motion regarding this case. The parties thereafter agreed within this conference to a briefing schedule regarding this motion (and prior to commencing discovery), as well as to attend a continued status conference if the Navy's motion ultimately proved unsuccessful.

1  Later that afternoon, the Court issued a minute order setting forth
2  the following briefing schedule and hearing date: (1) Navy's motion
3  to be filed by July 2, 2007, (2) plaintiff's opposition to be filed
4  by July 31, 2007, (3) Navy's reply to be filed by August 10, 2007,
5  and (4) hearing to take place in Courtroom 2 on August 27, 2007.
6  (Doc. 36).
7      The parties seek to *only briefly* extend this action's pending
8  briefing schedule (approximately two to four weeks) as specifically
9  set forth below.  Good cause exists in support of this stipulation,
10 and is based on grounds including the following:
11     Defendant's undersigned trial counsel is working on the Navy's
12 pending Rule 12 motion with counsel at the Navy's China Lake Weapons
13 Center ("Navy counsel").  Navy counsel's assistance is necessary to
14 the motion, in that he provides invaluable factual data underlying
15 the same.  Last week, the undersigned trial counsel learned that
16 Navy counsel will be out of the office from Wednesday through Friday
17 of this week due to what the undersigned understands to be
18 previously unforeseen off-site meetings. He will also be on vacation
19 the entire week of July 2, 2007.
20     In addition, the undersigned defense counsel is working on a
21 complex brief in a FOIA matter before Judge Ishii (*Schulze v. FBI,*
22 *et al.*, Case No. 1:05-cv-00180) that involves multiple parties and
23 carries a dispositive motion filing deadline of July 6.  In that
24 case, defense counsel recently learned that pending vacations of at
25 least two of that matter's agency counsel requires his securing
26 necessary declarations and other factual data for that motion this
27 week.
28     Moreover, the undersigned defense counsel recently discussed
   this action's present filing deadline with plaintiff's counsel, and

1  plaintiff graciously stipulates to an extended briefing schedule of
2  two weeks, so long as it does not impact plaintiff's ability to file
3  a timely opposition in light of his counsel's present calendar.
4      Based on the above, the parties hereby stipulate to the
5  extension of this action's dispositive motion briefing schedule and
6  continued hearing date as follows:

|  | Old Date | **New Date** |
|---|---|---|
| Filing of Navy's Motion | July 2, 2007 | **July 18, 2007** |
| Filing of Plaintiff's Opposition | July 31, 2007 | **August 27, 2007** |
| Filing of Navy's Reply Deadline | August 10, 2007 | **September 5, 2007** |
| Hearing Date: | August 27, 2007 | **September 17, 2007** |

Dated: June 25, 2007.                    June 25, 2007

                    Respectfully submitted,

Law Offices of Elaine W. Wallace     McGREGOR W. SCOTT
                                     United States Attorney

(As auth. 6/25/07)
__/s/ Elaine W. Wallace              ____/s/ Brian W. Enos___
ELAINE W. WALLACE                    BRIAN W. ENOS
Attorneys for Plaintiff              Attorneys for defendant
Ronald L. Porter                     Gordon England, Secretary of the
                                     United States Navy


IT IS SO ORDERED.

**Dated:   June 26, 2007**              **/s/ Sandra M. Snyder**
                                     UNITED STATES MAGISTRATE JUDGE