1  McGREGOR W. SCOTT
   United States Attorney
2  BRIAN W. ENOS
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Defendant Gordon R. England,
       Secretary of Department of the Navy
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10
   RONALD L. PORTER,              )   1:03-cv-06291-AWI-SMS
11                                 )
                 Plaintiff,        )   **STIPULATION AND ORDER**
12                                 )
       v.                          )
13                                 )
   GORDON R. ENGLAND, Secretary    )
14 of Department of the Navy,      )
                                   )
15               Defendant.        )
                                   )
16

17      The parties to the above action, through their respective

18 undersigned counsel, hereby stipulate to continue the hearing

19 addressing the Navy's pending motion to dismiss, set to be heard

20 in Courtroom 2 of this court, from Monday, September 17, 2007 to

21 Monday, October 1, 2007 at 1:30p.m. before Judge Ishii.  This

22 stipulation is based on good cause, in that litigation counsel

23 for the Navy recently inherited a case from a colleague that is

24 set for trial in Courtroom 4 on Friday, September 14, 2007, and

25 is expected to continue through the September 17, 2007 hearing

26 date.

27

28

                                   1

In light of the parties' need to continue the above hearing date, they likewise stipulate to continue this action's scheduling conference before Magistrate Judge Snyder from Thursday, September 20, 2007, until Tuesday, November 13, 2007 at 9:15a.m..  The parties have cleared the continued scheduling conference date with Judge Snyder's chambers.

DATED: August 9, 2007                /s/Elaine W. Wallace
                                     Elaine W. Wallace, Attorney for
                                     Plaintiff, Ronald L. Porter


DATED: August 9, 2007                /s/Brian E. Enos
                                     Brian W. Enos, Attorney for
                                     Defendant, Secretary of Navy




IT IS SO ORDERED.

**Dated:   August 14, 2007**              **/s/ Sandra M. Snyder**
                                     UNITED STATES MAGISTRATE JUDGE