```
McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant U.S. Attorney
Federal Building, Room 3654
1130 O Street
Fresno, California 93721
Telephone: (559) 498-7272
Fax: (559) 498-7432

Attorneys for defendant Gordon England,
Secretary of the Navy
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. PORTER,<br><br>        Plaintiff,<br><br>v.<br><br>GORDON ENGLAND, SECRETARY OF THE NAVY,<br><br>        Defendant. | 1:03-cv-06291 AWI/SMS<br><br>**STIPULATION AND ORDER CONTINUING HEARING AND EXTENDING DEADLINE BY WHICH TO FILE REPLY BRIEF RE: MOTION TO DISMISS** |

Plaintiff Ronald L. Porter ("plaintiff") and defendant Gordon England, Secretary of the Navy ("Navy")[1], by and through their undersigned counsel, hereby stipulate to the following continued hearing date and extended deadline by when the Navy must serve and file its reply brief as specified below and respectfully request that the Court so approve.

///

///

---

[1] Since the commencement of this action, Donald Winter has succeeded Gordon England as Secretary of the Navy. Pursuant to Fed. R. Civ. Proc. 25(d)(1), "[w]hen a public officer is a party to an action in his official capacity and during its pendency . . . ceases to hold office, the action does not abate and the officer's successor is automatically substituted as a party."

1  To date, the Navy's motion to dismiss regarding this matter
2 is set to be heard in Courtroom 2 of this Court on Monday,
3 October 1, 2007.  Pursuant to Local Rule 78-230(d), the Navy's
4 present deadline by which to file its reply brief is therefore
5 Monday, September 24, 2007.  The parties stipulate and agree to
6 continue the hearing on this matter from Monday, October 1 to
7 Monday, October 29, 2007.  The parties further stipulate and
8 agree to extend the Navy's deadline by which to file a reply
9 brief from Monday, September 24, 2007 to Monday, October 15,
10 2007.
11  The parties base this stipulation on good cause, including
12 the following reasons:  First, counsel for the Navy finished a
13 court trial in Courtroom 4 on Tuesday, September 18, 2007.  Until
14 today, he has he been unable to meaningfully begin reviewing
15 plaintiff's opposition papers, which are extensive, detailed, and
16 require future communications with one or more representatives
17 from the Navy.  In addition, counsel for the Navy faces deadlines
18 in other matters between now and September 24, 2007 that he has
19 been unable to address since exclusively focusing on the above
20 trial.  Further, counsel for plaintiff faces a serious personal
21 matter which will require her undivided attention in the coming
22 days.
23 ///
24 ///
25 ///
26 ///
27 ///
28

Based on the above, the parties hereby stipulate to the continuance of the hearing on the Navy's motion to dismiss, as well as the extension of the Navy's deadline by which to file its reply brief, as follows:

|  | Old Date | **New Date** |
|---|---|---|
| Filing of Navy's Reply | September 24, 2007 | **October 15, 2007** |
| Hearing Date: | October 1, 2007 | **October 29, 2007** |

Dated: September 20, 2007.              September 20, 2007

                Respectfully submitted,

Law Offices of Elaine W. Wallace       McGREGOR W. SCOTT
                                              United States Attorney

(As auth. 9/20/07)

/s/ Elaine W. Wallace                  ____/s/ Brian W. Enos___
ELAINE W. WALLACE                      BRIAN W. ENOS


Attorneys for Plaintiff                Attorneys for defendant
Ronald L. Porter                       Gordon England, Secretary of
                                                the United States Navy

**ORDER**

IT IS SO ORDERED.

**Dated:   September 21, 2007**              /s/ Anthony W. Ishii
                                                      UNITED STATES DISTRICT JUDGE