UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. PORTER,<br><br>        Plaintiff,<br><br>    v.<br><br>GORDON R. ENGLAND,<br>SECRETARY DEPARTMENT OF<br>THE NAVY,<br><br>        Defendant, | CIV-F 03-6291 AWI SMS<br><br>ORDER VACATING HEARING DATE OF OCTOBER 29, 2007 AND TAKING MATTER UNDER SUBMISSION |

    Defendant has made motion a to dismiss the complaint with prejudice under Fed. R. Civ. Proc. 12(b)(1) and 12(b)(6), or in the alternative, for judgment on the pleadings under Fed. R. Civ. Proc. 12(c). Doc. 40. Plaintiff has filed an opposition and Defendant has filed a reply. Docs. 43 and 47. The hearing on the motion was set for October 29, 2007 at 1:30 PM. The court has reviewed the papers filed and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 29, 2007, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   October 25, 2007              /s/ Anthony W. Ishii
                                                    UNITED STATES DISTRICT JUDGE